MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

STATE v. LITTLE (appellant).  From Anson. · *Attorney-General* for State; *McLendon* for defendant.  No error.

STATE v. ALSOBROOKS (appellant).  From Union.  *Attorney-General* for State; *Redwine & Stack* for defendant. No error.

STATE v. DARGAN (appellant).  From Union.  *Attorney-General* for State; *Williams & Lemmond* for defendant.  No error.  ‾

STATE v. MEACHUM (appellant).  From Anson.  *Attorney-General* for State; *Coxe* for defendant.  No error.

STATE v. JONES (appellant).  From Anson.  *Attorney-General* for State; *Caudle* and *Bennett* for defendant.  No error.  · ‾

STATE (appellant) v. MEACHUM.  From Anson.  *Attorney-General* for State; *McLendon* for defendant.  The ruling below is sustained on authority of *Carr v. Commissioners,* 136 N. C., 125, and *State v. Sheppard* at this term.

·STATE v. SPIVEY (appellant).  From Guilford.  *Attorney-General* for State; *Hobgood* for defendant.  No error.

STATE v. LEE (appellant).  From Guilford.  *Attorney-General* for State; *Staples* for defendant.  No error.

STATE v. GATEWOOD (appellant).  From Person.  *Attorney-General* for State; *Winston & Bryant* and *Guthrie & Guthrie* for defendant.  No error on authority of *State v.* · *McGinnis* at this term.

BROOKS MANUFACTURING Co. (appellant) v. CITY OF GREENSBORO.  From Guilford.  *Scott* and *Barringer* for plaintiff; *Scales, Taylor & Scales* for defendant.  Affirmed. HOKE, J., dissenting.

THOMPSON v. TELEGRAPH Co. (appellant).  From Guilford.  Appeal dismissed by consent of appellant.